In the Matter of Proving the Will of MARTHA GIBSON, Deceased.

BERTHA H. GREEN et al., Appellants; LEONARD HANFORD, Respondent.

*Matter of Gibson*, 133 App. Div. 935, affirmed.
(Argued April 28, 1910; decided June 7, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 18, 1910, which affirmed a decree of the Otsego County Surrogate's Court admitting to probate the will of Martha Gibson, deceased.

*Edson A. Hayward* for appellants.

*J. F. Thompson* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

MICHAEL COSTELLO, Respondent, *v.* INTERNATIONAL HARVESTER COMPANY, Appellant.

*Costello* v. *International Harvester Co.*, 131 App. Div. 924, affirmed.
(Argued May 18, 1910; decided June 7, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 20, 1909, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Frederic E. Storke* for appellant.

*Albert H. Clark* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.